UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASFAHA GEBREMICHAEL and<br>HAJER MEBRAHTOM,<br>as Personal Representatives of<br>FITHAWI GEBREMEDHIN, and<br>DANAIT GEBREMEDHIN<br><br>    Plaintiffs,<br><br>vs.<br><br>CAPREIT Residential Management LLC, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.:    4:24-CV-00873 JSD<br>)<br>) |

**CASE MANAGEMENT REPORT – TRACK 2 STANDARD**

**The parties have agreed on the following dates and discovery plan pursuant to**

**Fed.R.Civ.P. 26(f).**

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Motions to Add Parties or to Amend Pleadings [Court recommends 1 - 2 months after CMR meeting]** | **10/1/2026** |
| **Disclosure of Expert Reports Plaintiff: Defendant:**<br>**[Court recommends last exchange 6 months before trial and 1 - 2 months before discovery deadline to allow expert depositions]** | **Plaintiffs experts and reports to be disclosed by: 3/26/2027**<br><br>**Plaintiffs' experts to be deposed by April 26, 2027**<br><br>**Defendants' experts and reports to be disclosed by 4/27/2027.**<br><br>**Defendants' expert to be deposed by May 27, 2027.** |

| | |
|---|---|
| **Discovery Deadline**<br>**[Court recommends 6 months before trial to allow time for dispositive motions to be filed and decided; all discovery must be commenced in time to be completed before this date]** | **7/30/2027** |
| **Dispositive Motions**<br>**[Court recommends 5 months before trial]** | **8/30/2027** |
| ***Daubert* Motions**<br>**[Court recommends 4 months before trial]** | **8/30/2027** |
| **Final Pretrial Conference**<br>**[Court will set a date that is approximately 3 weeks before trial]** | **Court will schedule** |
| **Trial Term Begins** | **11/15/2027** |
| **Estimated Length of Trial [trial days]** | **4** |
| **Jury / Non-Jury** | **Jury** |
| **All Parties Consent to Proceed Before Magistrate Judge** | **Yes <u>X</u>      No _** |

/s/*Haben Abraha*

**Haben Abraha, Esquire**
Federal Bar No.: 75398MO
The Abraha Law Firm, PLLC
7733 Forsyth Blvd.
11th FL
Clayton, MO 63105
Telephone: (314) 897-4445
habraha@theAlawfirm.com
*Counsel for Plaintiff*

/s/*David C. Berwin*

**David C. Berwin, Esq.**
Federal Bar No.: 55046MO
Evans and Dixon LLC
211 North Broadway, Suite 2500
St. Louis, MO 63102
Telephone: (314) 552-4046
dberwin@evans-dixon.com
*Attorney for Defendants*

/s/*Ortavia D. Simon*
**Ortavia D. Simon, Esquire**
Florida Bar No.: 121923FL
Simon Law Group, P.A.
1313 E. Robinson St.
Orlando, FL 32801
Telephone: (407) 622-5090
E-mail: osimon@simonlaw.com
*Counsel for Plaintiff*